

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

September 20, 2023

5th Court Of Appeals Clerk
Lisa Matz
600 Commerce, 2nd Floor
Dallas, TX 75202
* Delivered Via E-Mail *

**Re:** Continental Heritage Insurance Company, Agent Pat Kinnard, D/B/A Pat Kinnard Bail Bonds
**CCA No.** PD-0018-23                    **COA No.** 05-20-01005-CV
**Trial Court Case No.** F18-18863-J

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    State Prosecuting Attorney (Delivered Via E-Mail)
       District Clerk Dallas County (Delivered Via E-Mail)
       Presiding Judge Criminal District Court No. 3 Dallas County (Delivered Via E-Mail)
       Niles Illich (Delivered Via E-Mail)
       District Attorney Dallas County (Delivered Via E-Mail)
       David Villafuerte (Delivered Via E-Mail)